UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ROBBIE WASHINGTON                                                                                      Plaintiff

v.                                                                         Civil Action No. 3:23-cv-00179-RGJ

KET                                                                                                           Defendant

\* \* \* \* \*

## ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

All pending motions are **DENIED as moot**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: August 2, 2023

Rebecca Grady Jennings, District Judge
United States District Court

cc:    Plaintiff, *pro se*
A961.014